IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE (S.B.C.),<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIX CONTINENTS HOTELS, INC. et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-01985-JHC<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF DEFENDANTS' TIME TO RESPOND TO COMPLAINT |

**STIPULATION**

Pursuant to Local Rule 7(j), Defendants Six Continents Hotels, Inc. and Holiday Hospitality Franchising, LLC (collectively, "Defendants") and Plaintiff Jane Doe (S.B.C.) ("Plaintiff") (Defendants and Plaintiff, together, the "Parties") hereby respectfully submit this stipulated motion for an extension of time for Defendants to answer, move or otherwise respond to Plaintiff's Complaint ("Complaint") and, in support thereof, state as follows:

1. Plaintiff filed her Complaint on December 2, 2024;

2. Plaintiff served Defendants with the Summons and Complaint on December 13, 2024;

3. Pursuant to Fed. R. Civ. P. 12 (a)(1)(A)(i), Defendants' deadline for responding to Plaintiff's Complaint is January 3, 2025;

4. Good cause exists to grant the extension because Defendants need additional time to review the allegations, investigate the underlying facts, and develop defenses to Plaintiff's claims before preparing Defendants' response, particularly considering the Christmas and New Year's holidays;

5. This motion is not filed for the purpose of delay, and no party will be prejudiced by the granting of this motion; and

6. Subject to Court approval, the Parties stipulate and agree that Defendants shall have an extension of time up to and including January 24, 2025 to answer, move or otherwise respond to Plaintiff's Class Action Complaint.

WHEREFORE, the Parties respectfully request that this stipulated motion be granted an that Defendants be granted an extension of time up to and including January 24, 2025 to answer, move or otherwise respond to Plaintiff's Class Action Complaint.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD on this 20th day of December 2024.

| | |
|---|---|
| *s/ Kristin M. Asai* | *s/ Annie McAdams* |
| HOLLAND & KNIGHT LLP | RESTORE THE CHILD |
| Kristin M. Asai, WSBA #49511 | Susanna L. Southworth, PhD, JD, WSBA #35687 |
| Kristin.Asai@hklaw.com | 2522 N. Proctor St., Ste. 85 |
| 601 SW Second Avenue, Suite 1800 | Tacoma, Washington 98406 |
| Portland, OR 97204 | Telephone: 253.392-4409 |
| Telephone: 503.243.2300 | susanna@restorethechild.com |
| | |
| *Attorney for Defendants Six Continents Hotels, Inc. and Holiday Hospitality Franchising, LLC* | ANNIE MCADAMS PC |
| | Annie McAdams, pro hac vice pending |
| | 2900 North Loop West, Ste. 1130 |
| | Houston, Texas 77092 |
| | Telephone: 713.785.6262 |
| | annie@mcadamspc.com |
| | |
| | and |
| | |
| | SICO HOELSCHER HARRIS, LLP |
| | David E. Harris, pro hac vice pending |
| | 819 N. Upper Broadway |

STIPULATED MOTION AND ORDER FOR EXTENSION OF
DEFENDANTS' TIME TO RESPOND TO COMPLAINT:
CASE NO. 2:24-CV-01985

1
2
      Corpus Christi, Texas 78401
      361.653.3300
      dharris@shhlaw.com

3
4
      *Attorneys for Plaintiff Jane Doe (S.B.C.)*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTION AND ORDER FOR EXTENSION OF
DEFENDANTS' TIME TO RESPOND TO COMPLAINT:
CASE NO. 2:24-CV-01985

**ORDER**

It is so ORDERED:

Defendants Six Continents Hotels, Inc. and Holiday Hospitality Franchising, LLC shall have an extension of time up to and including January 24, 2025 to answer, move or otherwise respond to Plaintiff's Complaint.

Dated this 23rd day of December, 2024.

_____
John H. Chun
United States District Judge