HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE (S.B.C.), | Case No. 2:24-cv-01985-RAJ |
| Plaintiff, | ORDER |
| v. | |
| SIX CONTINENTS HOTELS, INC.; HOLIDAY HOSPITALITY FRANCHISING, LLC; and CASCADE HOSPITALITY LLC, | |
| Defendants. | |

ORDER - 1

1  THIS MATTER comes before the Court on Defendant Cascade Hospitality,
2  LLC's ("Cascade") motion for leave to file untimely joinder, Dkts. # 37, 39.  The Court
3  has reviewed the motion, the submissions in support of the motion, and the balance of
4  the record.  In light of Cascade's representations regarding the reasons for its untimely
5  joinder and the lack of opposition on file, the Court **GRANTS** Cascade's motion for
6  leave to file untimely joinder, Dkts. # 37, 39, and will consider Cascade's joinder to the
7  motion to dismiss.

9  Dated this 10th day of December, 2025.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2